# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA    )     Case No. 1:14-mj-117
        )
vs.         )
        )
MARTIN DODGE        )     JUDGE CARTER


## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing and detention hearing were held in this action on May 9, 2014. Those present included:

    (1)   An Asst. U.S. Attorney (AUSA) for the Government.
    (2)   The defendant.
    (3)   Attorney John Brooks for defendant.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined he was capable of being able to read and understand these proceedings.

The AUSA moved the court the defendant be detained without bail.

### Detention Hearing and Preliminary Hearing - Proof

The AUSA called DEA Special Agent Jamie Hixson as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

### Findings

Having heard and considered the testimony of the Agent Hixson during the detention hearing and preliminary hearing and the Affidavit/Complaint, the undersigned finds:

    (1)   There is probable cause to believe that there have been violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), possession with the intent to distribute methamphetamine; 21 U.S.C. §§ 846 and 841(b)(1)(A), conspiracy to distribute and possess with intent to

1

distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine; and 18 U.S.C. § 924(c), using and carrying a firearm during and in relation to a drug trafficking crime, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

(3) The proof the defendant committed the aforesaid offenses is strong.

(4) There are no conditions nor are there any combinations of conditions which will reasonably assure the safety of the community or the presence of the defendant at future hearings.

<u>Conclusions</u>

It is ORDERED:

(1)   The defendant is held to answer the charges against him in the District Court.

(2) The AUSA's motion to detain the defendant without bail is GRANTED for reasons set out in the separate ORDER OF DETENTION PENDING TRIAL filed with this order.

(3) The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Thursday, May 29, 2014.**

ENTER.

S /William B. Mitchell Carter

UNITED STATES MAGISTRATE JUDGE

2